UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD L. ROYSE

V.

CIVIL ACTION
NO._____

Walmart Stores, Inc.

## COMPLAINT

### Parties

1. The plaintiff is a resident of Billerica, Middlesex County, Massachusetts and a citizen of the United States.

2. The defendant Walmart stores, Inc. is a resident/corporation from Bentonville, Arkansas of the United States.

### Jurisdiction

3. This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1332.

### Facts

4. On or about October 15, 2011, associates from the Pensacola Florida Mobile Highway Walmart followed, pursued, harassed, stalked, and intimidated plaintiff from the Walmart property all the way to LaGrange Georgia.

5. This harassment continued unabated until February of 2013.

6. On or about January 19, 2013, a LaGrange Georgia manager by the last name of "Aldrich" contacted a local bail bondsman I utilized-a man named Brad Linn- and Aldrich requested that Mr. Linn revoke my bond in a drug case I was later exhonerated for. Aldrich did this under the aegis of his Walmart position.

7. When questioned by Mr. Linn as to why Walmart would seek to have my bond revoked, Aldrich stated that Plaintiff was a notorious retail thief, and that loss prevention had pursued me from Pensacola, Fla.

8. Mr. Linn notified Aldrich that if Walmart felt I, the plaintiff, had broken the law, then Walmart should pursue criminal charges against plaintiff.

9. The plaintiff is seeking $150,000.00 from Walmart Stores, Inc. for violating plaintiff's civil rights, harassment, stalking, and slander.

10. WHEREFORE, THE PLAINTIFF DEMANDS JUDGEMENT AGAINST THE DEFENDANT FOR DAMAGES AND SUCH OTHER RELIEF AS THIS HONORABLE COURT DEEMS JUST.

Signature _Ronald L. Royse_
Ronald L. Royse, pro se
269 Treble Cove Road
Billerica, Ma. 01862